IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WANDA AYERS,
    Plaintiff,

vs.                                    Case No. 3:05cv361/LAC/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 24, 2007. The parties have been been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The decision of the Commissioner is **REVERSED**, this action is **REMANDED** to the Commissioner to enter a finding of total disability and award disability benefits as of June 3, 1999, and the clerk is directed to close the file.

    **DONE AND ORDERED** this 22nd day of February, 2007.


                                              s/*L.A. Collier*
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**